# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ALEX MCNAMARA, individually
and on behalf of all others
similarly situated,**

      **Plaintiff,**　　　　　**CASE NO.: 8:21-cv-0618-MSS-JSS**

**v.**

**BRENNTAG MID-SOUTH, INC.,**

      **Defendant.**
_____/

## NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING

NOTICE is hereby given that the parties have selected **CARLOS BURRUEZO**, certified mediator at Burruezo & Burruezo LLP, 911 Outer Road, Orlando, Florida 32814 to conduct mediation in this matter. Furthermore Plaintiff, ALEX McNAMARA, hereby notifies the Court that mediation has been scheduled with Carlos Burruezo on **August 16, 2021 at 9:30 a.m.** to be held via Zoom.

Dated this 2nd day of July, 2021.

                                      Respectfully submitted,

                                      */s/ Brandon J. Hill*
                                      **BRANDON J. HILL**
                                      Florida Bar Number: 37061
                                      Direct No.: 813-337-7992
                                      **LUIS A. CABASSA**
                                      Florida Bar Number: 053643
                                      Direct No.: 813-379-2565

**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
**Attorneys for Plaintiff**

and

**MARC R. EDELMAN**
Florida Bar No.: 0096342
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: 813-577-4722
Facsimile: 813-257-0572
Email: Medelman@forthepeople.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of July, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Franco D. Bacigalupo, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
600 Brickell Avenue, Suite 1600
Miami, Florida 33131-3075
franco.bacigalupo@morganlewis.com

*/s/ Brandon J. Hill*
**BRANDON J. HILL**