**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALEX MCNAMARA, individually**
**and on behalf of all others**
**similarly situated,**

    Plaintiff,

v.     CASE NO:  8:21-cv-0618-MSS-JSS

**BRENNTAG MID-SOUTH, INC.**

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09(a) Plaintiff, ALEX MCNAMARA, individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, BRENNTAG MID-SOUTH, INC., has been resolved.

Dated this 17th day of August, 2021.

                                    Respectfully submitted,

                                    */s/ Brandon J. Hill*
                                    **BRANDON J. HILL**
                                    Florida Bar Number: 37061
                                    Direct No.: 813-337-7992
                                    **LUIS A. CABASSA**
                                    Florida Bar Number: 053643
                                    Direct No.: 813-379-2565

**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
**Attorneys for Plaintiff**

and

**MARC R. EDELMAN**
Florida Bar No.: 0096342
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: 813-577-4722
Facsimile: 813-257-0572
Email: Medelman@forthepeople.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of August, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing all counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**