## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ALEX MCNAMARA, individually
and on behalf of all others
similarly situated,**

    **Plaintiff,**

v.                                      **CASE NO: 8:21-cv-0618-MSS-JSS**

**BRENNTAG MID-SOUTH, INC.**

    **Defendant.**
_____/

### PLAINTIFF'S NOTICE OF FILING EXHIBIT E TO UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT

Plaintiff, ALEX MCNAMARA, in support of her Unopposed Motion for Preliminary Approval of the Parties' Class Action Settlement (Doc. 22) ("the Motion"), respectfully files Exhibit E to the Motion, which is the Parties' Proposed CAFA letter.

Plaintiff's counsel accidentally failed to attach Exhibit E to the Unopposed Motion, an oversight for which the undersigned apologizes.

DATED this 29th day of October, 2021.

                                    Respectfully submitted,

                                    */s/ Brandon J. Hill*
                                    **BRANDON J. HILL**
                                    Florida Bar Number: 37061
                                    **LUIS A. CABASSA**
                                    Florida Bar Number: 0053643
                                    **WENZEL FENTON CABASSA, P.A.**
                                    1110 North Florida Ave., Suite 300
                                    Tampa, Florida 33602
                                    Main No.: 813-224-0431
                                    Facsimile: 813-229-8712
                                    Email: lcabassa@wfclaw.com
                                    Email: bhill@wfclaw.com
                                    Email: twells@wfclaw.com
                                    **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of this filing to all counsel of record.

                                    */s/Brandon J. Hill*
                                    **BRANDON J. HILL**